UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID BEDOYA | CIVIL ACTION |
| VERSUS | NO: 12-1816 |
| ROBERT TANNER, WARDEN | SECTION: "A" (5) |

### ORDER STAYING CASE

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the State's failure to object to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Petitioner's **Motion to Stay (Rec. Doc. 15)** is **GRANTED**.  This matter is **STAYED** pending further orders of the Court;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes.  The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

January 18, 2013

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE